IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN FOSTER,

    Plaintiff,                  No. 2:09-cv-0218-JFM (PC)

   vs.

GARY STANTON, et al.,

    Defendants.          <u>ORDER TO SHOW CAUSE</u>

                                     /

        Plaintiff is a jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.[1]  By an order filed February 26, 2009, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis application.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

/////

---

[1] On March 10, 2009, plaintiff, the only party to appear in this action, consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

1

1  dismissed without prejudice.  Failure to respond to this order will result in the dismissal of this
2  action.  <u>See</u> Fed. R. Civ. P. 41(b); <u>see</u> <u>also</u> Local Rule 11-110.
3  DATED: April 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
fost0218.osc