IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN FOSTER,

      Plaintiff,                    No. 2:09-cv-0218-JFM (PC)

    vs.

GARY STANTON, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on January 26, 2009. On March 10, 2009, plaintiff filed a signed consent to have a United States Magistrate Judge conduct all proceedings in this case. See 28 U.S.C. 636(c). No other parties have appeared in the action nor, for the reasons set forth in this order, will the court order service of process on any defendant.

        By an order filed February 26, 2009, plaintiff was ordered to file within thirty days a complete in forma pauperis application together with a certified copy of plaintiff's prison trust account statement for the thirty day period immediately preceding the filing of the complaint and was cautioned that failure to do so would result in a recommendation that this action be dismissed without prejudice. At the conclusion of the thirty day period, plaintiff had neither

responded to the court's order nor filed the complete in forma pauperis application or the trust account statement.  For that reason, on April 15, 2009, plaintiff was ordered to show cause in writing within twenty days why this action should not be dismissed without prejudice.  The twenty day period has expired and plaintiff has not responded in any way to the April 15, 2009 order to show cause, nor has he filed the complete in forma pauperis application or the trust account statement.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b); see also Local Rule 11-110.

DATED: May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
fost0218.dm